**Wanda M. BELLOW, Plaintiff–Appellant**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

**No. 10–30026**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 12, 2010.

James Spruel, Jr., Law Offices of James Spruel Jr. & James E. Burks, Lake Charles, LA, for Plaintiff–Appellant.

Carolyn Ann Ebbers, Assistant Regional Counsel, Social Security Administration Office of the General Counsel Region VI, Dallas, TX, John A. Broadwell, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellee.

PER CURIAM: *

Wanda M. Bellow appeals the Commissioner of Social Security's denial of her application for a period of disability and disability insurance benefits. On review, "we consider only whether the Commissioner applied the proper legal standards and whether substantial evidence in the record supports the decision to deny benefits." *Audler v. Astrue,* 501 F.3d 446, 447 (5th Cir.2007); *see* 42 U.S.C. § 405(g). As Magistrate Judge Kathleen Kay's thorough Supplemental Report and Recommendation explained, *see Bellow v. Astrue,* No. 2:06–cv–920, slip op. (W.D.La. Sept. 30, 2009), the Administrative Law Judge ("ALJ") applied the proper legal standards, and the documentation provided by Bellow in support of her contention that she suffered from depression did not make necessary a consultative psychological or psychiatric examination in order to fully develop the record. There is substantial evidence to support the Commissioner's conclusion that Bellow is not disabled.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.